# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**592**

**CA 16-01463**

PRESENT: CENTRA, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND SCUDDER, JJ.

---

IN THE MATTER OF ARBITRATION BETWEEN TOWN
OF GREECE, PETITIONER-APPELLANT,

AND                                                                          ORDER

GREECE GOLD BADGE CLUB, CWA LOCAL 1170,
RESPONDENT-RESPONDENT.

---

HARRIS BEACH PLLC, PITTSFORD (KARLEE S. BOLANOS OF COUNSEL), FOR
PETITIONER-APPELLANT.

CREIGHTON, JOHNSEN & GIROUX, BUFFALO (JONATHAN G. JOHNSEN OF COUNSEL),
FOR RESPONDENT-RESPONDENT.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered May 23, 2016. The order and judgment denied the petition to stay arbitration.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 13 and 17, 2017,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 28, 2017                                        Frances E. Cafarell
                                                               Clerk of the Court